Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
**PANEL II**

| | | |
|---|---|---|
| José A. Moreno Ponce<br><br>Recurrido<br><br><br>vs.<br><br><br>Gustavo Moreno Ponce<br><br>Peticionario | TA2026CE00636 | ***CERTIORARI*** procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Caso Núm.: AR2024CV01387<br><br>Sobre: División de Comunidad de Bienes Hereditarios |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Cintrón Cintrón, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 26 de mayo de 2026.

A la *Moción Solicitando Desistimiento* presentada el 21 de mayo de 2026 por la parte peticionaria, el señor Gustavo Moreno Ponce, se declara *Ha Lugar*.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones